**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ADVANCED WOMEN'S CARE | ) | |
| CENTER, S.C. | ) | No. 15-09751 |
| | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtor. | ) | United States Bankruptcy Judge |
| | ) | |
| | ) | April 2, 2019 at 9:30 a.m. |

<u>**NOTICE OF MOTION**</u>

To:     See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, April 2, 2019 at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Donald R. Cassling**, U.S. Bankruptcy Judge, in Courtroom 619, Dirksen Federal Courthouse, 219 South Dearborn, Chicago, IL 60604 or before such Judge that may be sitting in his place and shall then and there present the **SUPPLEMENTAL FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**, a copy of which is attached and herewith served upon you and **AT WHICH TIME AND PLACE** you may appear if you so wish.

Frank J. Kokoszka, Esq.
KOKOSZKA & JANCZUR, P.C.
ARDC No. 6201436
19 South LaSalle, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 254-3156 (fax)
trustee@k-jlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

Frank J. Kokoszka certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon those listed on the attached service list through the ECF System which sent notification of such filing via electronic means or via First Class mail, as indicated, before 6:00 pm on March 7, 2019.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Advanced Women's Care Clinic | ) | CASE NO. 15-009751 |
| | ) | |
| Debtor(s) | ) | Hon. Donald R. Cassling |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:                        Alan D. Lasko & Associates, P.C.

Authorized to Provide                     Frank J. Kokoszka, chapter 7 trustee
Professional Service to:

Date of Order Authorizing Employment:     May 9, 2017
Period for Which
Compensation is Sought:                   March 13, 2018 till February 28, 2019

Amount of Fees Sought:                    $1342.00

Amount of Expense                         $ 30.00
Reimbursement Sought:

This is a(n):                             **Supplemental Final Application**

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications: N/A

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| May 15, 2018 | May 9, 2017- March 12, 2018 | $3427.10 & $39.67 | $3427.10 & $39.67 | N/A |

After Submission and award of the Final Fee Application, additional services were required by the Applicant in response to inquiry and investigation by the IRS, resulting in this supplemental final fee application

DATED:  March 7, 2019                      By:  /s/ Frank J. Kokoszka
                                                Frank J. Kokoszka, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:    )
    )
Advanced Women's Care Center, S.C.    )    No. 15 B 09751
    )
    )    Chapter 7
    Debtor    )
    )    Hon. Donald R. Cassling

## SUPPLEMENTAL FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified Public Accountants, request supplemental final compensation of $1,342.00 and expenses of $30.00 for the time period from March 13, 2018 through February 28, 2019. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this Supplemental Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

ADVANCED WOMEN'S CARE CENTER, S.C.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

**GENERAL**

The Debtor filed a petition under Chapter 7 on or about March 9, 2015.  A Trustee was subsequently appointed.  On May 9, 2017, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee.  Reflected in this fee petition is the Applicant's time in working with the Internal Revenue Service regarding its examination of the 2015 tax year, which resulted in no change.

ADVANCED WOMEN'S CARE CENTER, S.C.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred .6 hour in the preparation of this fee Application.

      Cost             $62.50

A recap of compensation for this category is as follows:

|                  | Hours | Rate | | Amount | |
| --- | --- | --- | --- | --- | --- |
| A. Lasko | 0.1 | $ | 300.00 | $ | 30.00 |
| C. Wilson, Staff | 0.5 | | 65.00 | | 32.50 |
| | 0.6 | | | $ | 62.50 |

## RESPOND TO TAX AUTHORITIES

The Applicant incurred 4.5 hours working with the Internal Revenue Service concerning its examination of the 2015 tax year.

      Cost             $1,279.50

A recap of compensation for this category is as follows:

|                  | Hours | Rate | | Amount | |
| --- | --- | --- | --- | --- | --- |
| A. Lasko | 4.2 | $ | 300.00 | $ | 1,260.00 |
| C. Wilson, Staff | 0.3 | | 65.00 | | 19.50 |
| | 4.5 | | | $ | 1,279.50 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to

4

ADVANCED WOMEN'S CARE CENTER, S.C.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred .6 hour in the preparation of this fee Application.

Cost          $62.50

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.1 | $ 300.00 | $ 30.00 |
| C. Wilson, Staff | 0.5 | 65.00 | 32.50 |
|  | 0.6 |  | $ 62.50 |

## RESPOND TO TAX AUTHORITIES

The Applicant incurred 4.5 hours working with the Internal Revenue Service concerning its examination of the 2015 tax year.

Cost          $1,279.50

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 4.2 | $ 300.00 | $ 1,260.00 |
| C. Wilson, Staff | 0.3 | 65.00 | 19.50 |
|  | 4.5 |  | $ 1,279.50 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to

4

evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $290 | - | $300 |
|---|---|---|---|
| Manager/Director | 260 | - | 300 |
| Supervisors | 190 | - | 290 |
| Senior | 140 | - | 190 |
| Assistant | 65 | - | 140 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its supplemental final fee period are as follows:

| Recap by Project | First and Final Application | Supplemental Final Application | Net |
|---|---|---|---|
| Billing | $      125.00 | $       62.50 | $      187.50 |
| Tax Preparation | 4,402.80 | - | 4,402.80 |
| Respond to Tax Authorities | - | 1,279.50 | 1,279.50 |
| Discount | (1,100.70) | - | (1,100.70) |
| Net Request | $     3,427.10 | $    1,342.00 | $    4,769.10 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.8 | $      187.50 | $      104.17 |
| Tax Preparation | 29.5 | 4,402.80 | $      149.25 |
| Respond to Tax Authorities | 4.5 | 1,279.50 | $      284.33 |
| Tax Preparation - Net | - | (1,100.70) | $          - |
| | 35.8 | $     4,769.10 | $      133.22 |

**ADVANCED WOMEN'S CARE CENTER, S.C.**

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

|  | First and Final Application | Supplemental Final Application | Total |
|---|---|---|---|
| Copy Costs | $ 29.20 | $ 30.00 | $ 59.20 |
| Postage | 0.47 | - | 0.47 |
| Delivery | 10.00 | - | 10.00 |
|  | $ 39.67 | $ 30.00 | $ 69.67 |

The Applicant has had approved but not paid its First and Final Fee Application as follows:

|  | Compensation | Expenses |
|---|---|---|
| 05/09/17-03/12/18 | $ 3,427.10 | $ 39.67 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

6

**ADVANCED WOMEN'S CARE CENTER, S.C.**

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)   the time spent on such services;
>
> (B)   the rates charged for such services;
>
> (C)   whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Supplemental Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

ADVANCED WOMEN'S CARE CENTER, S.C.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  As shown by this Supplemental Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.  In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.  Accordingly, approval of the Supplemental Final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.  Therefore, the requested supplemental final compensation of $1,342.00 and expenses of $30.00 should be allowed for services by your Applicant for the period March 13, 2018 through February 28, 2019.


Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Advanced Women's Care Center, S.C. | ) | No. 15 B 09751 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Donald R. Cassling |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
              )      SS.
COUNTY OF COOK )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1. I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Frank J. Kokoszka, Chapter 7 Trustee in this case ("Trustee").

2. I have read the Supplemental Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4. The Applicant has had approved but not paid its First and Final Fee Application as follows:

| | Compensation | Expenses |
|---|---|---|
| 05/09/17-03/12/18 | $  3,427.10 | $   39.67 |

9

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _____ day of February, 2019.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC  STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20

10

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-09751 |
| ADVANCED WOMEN'S CARE CENTER, | ) | |
| S.C. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Accountants

This matter coming before the Court on the Application of Frank J. Kokoszka, chapter 7 trustee, to employ Alan D. Lasko & Associates, P.C. as accountants for the Trustee, due and proper notice having been given to all parties entitled thereto and the Court being otherwise duly advised in the premises.

IT IS HERBY ORDERED THAT:

Frank J. Kokoszka, trustee herein, is hereby authorized to employ Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. , nunc pro tunc to May 2, 2017, to perform all accounting services necessary or required in the administration of the chapter 7 estate.

It is further ordered that compensation for services rendered by Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. and for reimbursement of expenses incurred is subject to further approval and determination by this Court.

Enter:   *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  May 09, 2017

**Prepared by:**

Frank J. Kokoszka (#6201436)
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603

**EXHIBIT B**

**PERSONNEL**

**ADVANCED WOMEN'S CARE CENTER, S.C.**

The following represents a description of the primary individuals in this engagement.

<u>Alan D. Lasko – CPA, CIRA, CFF</u>

Mr. Lasko has worked primarily in the bankruptcy field over the last 32 years.  He brings his 42 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements.  Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

**EXHIBIT C**

**STAFF LEVELS**

ADVANCED WOMEN'S CARE CENTER, S.C.

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

### SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level.  Supervisors have administrative and overview responsibility on a broader level than senior accountants.  Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

### SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level.  Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court.  In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

### ASSISTANTS

Staff assistants usually execute basic assignments or tasks.  In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

2/28/2019
12 08 PM

Pre-bill Worksheet

Page      1

---

## Selection Criteria

Clie Selection          Include  Adv Women's 004

---

Nickname          Adv Women's 004 | 5584
Full Name          Advanced Women's Care Center, S C
Address          c/o Frank Koskoszka, Trustee
                 19 S  LaSalle Street
                 Suite 1201
                 Chicago, IL 60603
Phone                              Fax
Home                              Other
In Ref To          Irs work
Fees Arrg          By billing value on each slip
Expense Arrg          By billing value on each slip
Tax Profile          AK
Last bill
Last charge          2/27/2019
Last payment                    Amount      $0 00

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 6/25/2018<br>164976 | A  Lasko<br>800 | 300 00 | 0 30 | 90 00 | Billable |
| | irs notice, possible exam 2015 and respond to trustee concerning same | | | | |
| 6/25/2018<br>165004 | C  Wilson<br>800 | 65 00 | 0 30 | 19 50 | Billable |
| | Prepared Power of Attorney | | | | |
| 10/29/2018<br>168307 | A  Lasko<br>800 | 300 00 | 0 70 | 210 00 | Billable |
| | call with IRS re, status of IRS exam and one department made a referral to<br>the taxpayer's advocate's office because the 'exam' department had been<br>non responsive since their notice of a possible exam last March<br>Timeframe to hear from Advocate's office is 5-10 business days | | | | |
| 2/6/2019<br>170243 | A  Lasko<br>800 | 300 00 | 0 60 | 180 00 | Billable |
| | call from taxpayer's advocate's office of IRS re, review of status of irs exam<br>and issues related to bankrupt entity re, debtor filed return and never<br>notified trustee, irs has 2 returns on file for 2015 | | | | |
| 2/7/2019<br>170244 | A  Lasko<br>800 | 300 00 | 0 20 | 60 00 | Billable |
| | partial n/c re, notified trustee of irs issues and need to exam 2015<br>auditor and manager are coming to Lasko's office on 2/27 | | | | |

2/28/2019
12 08 PM

Pre-bill Worksheet

Page    2

Adv Women's 004 Advanced Women's Care Center, S C  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 2/20/2019 170583 | A  Lasko 800 | 300 00 | 0 10 | 30 00 | Billable |
| | respond to IRS agent re  turnover of debtor's 2015 return which was filed after the bankruptcy and never sent to the Trustee | | | | |
| 2/20/2019 170584 | A  Lasko 800 | 300 00 | 0 30 | 90 00 | Billable |
| | review of certain information in preparation for tomorrow's phone call with trustee re, irs exam of tax year 2015 | | | | |
| 2/21/2019 170609 | A  Lasko 800 | 300 00 | 0 30 | 90 00 | Billable |
| | call with trustee re, review of debtor's return and related irs issues for irs meeting next week | | | | |
| 2/21/2019 170610 | A  Lasko 800 | 300 00 | 0 20 | 60 00 | Billable |
| | review of material related for irs exam for next week | | | | |
| 2/27/2019 170808 | A  Lasko 800 | 300 00 | 0 90 | 270 00 | Billable |
| | mtg with irs auditors re, review of returns and process for tax year 2015 IRS to resolve issue | | | | |
| 2/27/2019 170810 | A  Lasko 800 | 300 00 | 0 40 | 120 00 | Billable |
| | completed work paper file regarding work performed on IRS matter, tax year 2015 | | | | |
| 2/27/2019 170811 | A  Lasko 800 | 300 00 | 0 20 | 60 00 | Billable |
| | call with Trustee re, review of IRS matter and what was agreed to re, no change to take place | | | | |
| TOTAL | Billable Fees | | 4 50 | | $1,279 50 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 2/26/2019 170807 | C  Wilson 115 | 30 00 | 1 000 | 30 00 | Billable |
| | Photocopy costs for meeting with Internal Revenue Service Auditors - 300 pages @ $ 10 per page | | | | |
| TOTAL | Billable Costs | | | | $30 00 |

2/28/2019
12 08 PM

Pre-bill Worksheet

Adv Women's 004 Advanced Women's Care Center, S C  (continued)

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| | | |
| Total of billable time slips | $1,279 50 | |
| Total of Fees (Time Charges) | | $1,279 50 |
| | | |
| Costs Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| | | |
| Total of billable expense slips | $30 00 | |
| Total of Costs (Expense Charges) | | $30 00 |
| | | |
| Total new charges | | $1,309 50 |
| | | |
| New Balance | | |
| Current | $1,309 50 | |
| | | |
| Total New Balance | | $1,309 50 |

**EXHIBIT D-2**

**BILLING TIME**

2/28/2019
12 10 PM

Pre-bill Worksheet

Page    1

---

## Selection Criteria

Clie Selection    Include Adv Women's 012

---

Nickname    Adv Women's 012 | 5230
Full Name    Advanced Women's Care Center, S C
Address    c/o Frank Koskoszka, Trustee
19 S LaSalle Street
Suite 1201
Chicago, IL 60603

Phone    Fax
Home    Other
In Ref To
                fee petition
Fees Arrg    By billing value on each slip
Expense Arrg    By billing value on each slip
Tax Profile    Exempt
Last bill    3/12/2018
Last charge    2/28/2019
Last payment    Amount    $0 00

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 2/27/2019<br>170821 | C Wilson<br>800 | 65 00 | 0 50 | 32 50 | Billable |
| | Prepared supplemental final fee petition | | | | |
| 2/28/2019<br>170839 | A Lasko<br>800 | 300 00 | 0 10 | 30 00 | Billable |
| | Prepared supplemental final fee petition | | | | |
| TOTAL | Billable Fees | | 0 60 | | $62 50 |

Total of billable expense slips    $0 00

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement Slips<br>By billing value on each slip | | |
| Total of billable time slips | $62 50 | |
| Total of Fees (Time Charges) | | $62 50 |

2/28/2019
12 10 PM

Pre-bill Worksheet

Page      2

Adv Women's 012 Advanced Women's Care Center, S C  (continued)

|  | Amount | Total |
|---|---|---|
| Total of Costs (Expense Charges) |  | $0 00 |
| Total new charges |  | $62 50 |
| Previous Balance |  |  |
| 120 Days | $125 00 |  |
| Total Previous Balance |  | $125 00 |
| New Balance |  |  |
| 120 Days | $125 00 |  |
| Current | $62 50 |  |
| Total New Balance |  | $187 50 |

Total Overdue   $125 00